IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH GILBERT, | CASE NO. 1:09-cv-02050 DLB PC |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS |
| vs. | |
| JAMES A. YATES, et al., | |
| Defendants. | |

Plaintiff Joseph Gilbert ("Plaintiff") is a state prisoner represented by counsel. Plaintiff filed the complaint and an application to proceed in forma pauperis in this action on November 20, 2009. Plaintiff's application to proceed in forma pauperis does not include Plaintiff's authorization for the collection of funds from his trust account in accordance with 28 U.S.C. §1915(b)(2).

Accordingly, it is HEREBY ORDERED that:

1. The Clerk's Office shall send Plaintiff an application to proceed in forma pauperis by a prisoner;

2. Within thirty (30) days from the date of service of this order, Plaintiff shall either submit the $350.00 filing fee in full or file a completed application to proceed in forma pauperis; and

3. Failure to comply with this order may result in dismissal of this action for failure to obey a court order.

IT IS SO ORDERED.

Dated:  November 30, 2009                /s/ Dennis L. Beck
                                         UNITED STATES MAGISTRATE JUDGE